FILED

OCT 2 4 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 78-cr-00733-BTM |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND |
| JOSE LUIS GARCIA-MARQUEZ, | RECALL ARREST WARRANT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: October 24, 2011

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge